**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENDALL BOYD, aka BOYD KENDALL,**   ) <br>            **Petitioner,**   ) <br>       v.             ) <br>   ) <br> **E. VALENZUELA,**   ) <br>            **Respondent.**   ) <br> _____ ) | **NO. CV 15-6416-VAP (KS)** <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: October 19, 2016__     _____

                             VIRGINIA A. PHILLIPS <br>
                CHIEF UNITED STATES DISTRICT JUDGE